# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:07-cv-156-DF-CMC |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED and agreed by and between the parties hereto, Plaintiff ESN, LLC ("ESN") and Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC (collectively "Cisco"), by and through their counsel of record:

1. This action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41 (a)(2) (it being understood that the last sentence of Fed. R. Civ. P. 41 (a)(1) does not, and shall not, apply in a manner that renders this dismissal to be with prejudice) and without costs, and ESN shall have the express right to re-file this action consistent with the terms of this Stipulation seeking the full range of relief, attorneys fees, and costs.

1

Respectfully submitted,

FOR PLAINTIFF, ESN, LLC:

*[signature: E M Albritton]*
_____
Eric M. Albritton
Lead Attorney
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone (903) 757-8449
Facsimile (903) 758-7397
ema@emafirm.com

T. John Ward Jr.
Texas State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone (903) 757-6400
Facsimile (903) 757-2323
jw@jwfirm.com

George P. McAndrews
Thomas J. Wimbiscus
Peter J. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, 34th Floor
Chicago, Illinois 60661
Telephone (312) 775-8000
Facsimile (312) 775-8100
pmcandrews@mcandrews-ip.com

Attorneys for Plaintiff ESN, LLC

FOR DEFENDANTS, CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC

/s/ Garrett W. Chamber_____
Garrett W. Chambers
MCKOOL SMITH
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone (214) 978-4242
Facsimile (214 978-4044
gchambers@mckoolsmith.com

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 2nd day of November, 2007.

_____
Eric M. Albritton