# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| ESN, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:07-cv-156-DF-CMC |
| | ) |
| v. | ) |
| | ) |
| CISCO SYSTEMS, INC., and | ) |
| CISCO-LINKSYS, LLC, | ) |
| | ) |
| Defendants. | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Each party shall bear its own costs.

**SIGNED this 19th day of November, 2007.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE

76455/2282797.1

Dockets.Justia.com